UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL BROADCASTING NETWORK, INC.,<br><br>                              Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF PHYSICIANS OF PAKISTANI-DESCENT OF NORTH AMERICA,<br><br>                              Defendant. | CASE NUMBER 08 CV 3843 (RWS) (HP)<br>ECF CASE<br><br>**DISCLOSURE STATEMENT OF DEFENDANT ASSOCIATION OF PHYSICIANS OF PAKISTANI-DESCENT OF NORTH AMERICA (Filed pursuant to Fed. R. Civ. Proc. 7.1)** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Association of Physicians of Pakistani-Descent of North America ("APPNA") states that:

1. APPNA is a 501(c)(3) non-profit, membership-based organization incorporated in the State of Illinois.

2. APPNA has no parent corporation.

3. No publicly held corporation owns 10% stock in APPNA.

>     WALDER, HAYDEN & BROGAN, P.A.
>     Shalom D. Stone (SS2196)
>     5 Becker Farm Road
>     Roseland, NJ 07068
>     (973) 992-5300
>     sdstone@whbesqs.com
>     Attorneys for Defendant
>     Association of Physicians of
>     Pakistani-Descent of North America

By:    /s/_____
         SHALOM D. STONE

DATED:     April 22, 2008