UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL BROADCASTING NETWORK, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF PHYSICIANS OF PAKISTANI-DESCENT OF NORTH AMERICA,<br><br>                    Defendant. | CASE NUMBER 08civ 3843<br><br>DISCLOSURE STATEMENT OF DEFENDANT ASSOCIATION OF PHYSICIANS OF PAKISTANI-DESCENT OF NORTH AMERICA (Filed pursuant to Fed. R. Civ. Proc. 7.1) |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Association of Physicians of Pakistani-Descent of North America ("APPNA") states that:

1. APPNA is a 501(c)(3) non-profit, membership-based organization incorporated in the State of Illinois.

2. APPNA has no parent corporation.

3. No publicly held corporation owns 10% stock in APPNA.

> WALDER, HAYDEN & BROGAN, P.A.
> Shalom D. Stone (SS2196)
> 5 Becker Farm Road
> Roseland, NJ 07068
> (973) 992-5300
> sdstone@whbesqs.com
> Attorneys for Defendant
> Association of Physicians of
> Pakistani-Descent of North America
>
> By: _____
>         SHALOM D. STONE

DATED:    April 22, 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL BROADCASTING NETWORK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASSOCIATION OF PHYSICIANS OF PAKISTANI-DESCENT OF NORTH AMERICA, <br><br> Defendant. | CASE NUMBER _____ <br><br> **CERTIFICATION OF SERVICE** |

I hereby certify that on April 17, 2006, a copy of (a) Answer and Counterclaim by defendant Association of Physicians of Pakistani-Descent of North America, (b) Defendant's Rule 7.1 Disclosure Statement, and (c) this certification of service were filed with the Clerk's Office of the Southern District of New York via Federal Express. Additionally, a copy of the foregoing documents were served on plaintiff's counsel, Vivek S. Suri, Esq., The Law Offices of Vinoo P. Varghese, P.C., 65 Broadway, Suite 844, New York, NY 10006, by Federal Express. Upon receipt of the Index No., these documents will be uploaded to the electronic filing system.

                                        WALDER, HAYDEN & BROGAN, P.A.
                                        Shalom D. Stone (SS2196)
                                        5 Becker Farm Road
                                        Roseland, NJ 07068
                                        (973) 992-5300
                                        sdstone@whbesqs.com
                                        Attorneys for Defendant
                                        Association of Physicians of
                                        Pakistani-Descent of North America

                              By: _____
                                   ASAAD K. SIDDIQI

DATED:     April 22, 2008

Track Shipments/FedEx Kinko's Orders  ⓘ Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 861439470962 | **Reference** | APPNA |
| **Signed for by** | C.JOSEPH | **Delivered to** | Shipping/Receiving |
| **Ship date** | Apr 17, 2008 | **Service type** | Priority Envelope |
| **Delivery date** | Apr 18, 2008 9:18 AM | | |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 18, 2008 | 9:18 AM | Delivered | NEW YORK, NY | |
| | 8:01 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:38 AM | At local FedEx facility | NEWARK, NJ | |
| | 4:24 AM | Departed FedEx location | NEWARK, NJ | |
| Apr 17, 2008 | 10:20 PM | At dest sort facility | EAST HANOVER, NJ | |
| | 9:26 PM | Left origin | EAST HANOVER, NJ | |
| | 4:53 PM | Picked up | EAST HANOVER, NJ | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name: _____    Your e-mail address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ● HTML  ○ Text  ○ Wireless

Add personal message:

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions     [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

April 22, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **861439470962**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 40 FOLEY 8  10007 |
| Signed for by: | C.JOSEPH | Delivery date: | Apr 18, 2008 09:18 |
| Service type: | Priority Envelope | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 861439470962 | Ship date: | Apr 17, 2008 |

Recipient:
CLERK'S OFFICE-US DISTRICT COU
SOUTHERN DISTRICT OF NY U S CO
40 CENTER ST
10007 US

Shipper:
ASAAD K SIDDIGER ESQ SHARON D
WALDER HAYDEN & BROGAN
5 BECKER FARM RD
07068 US

Reference

APPNA

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339