UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL BROADCASTING NETWORK, INC.<br><br>                            Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF PHYSICIANS OF PAKISTANI-DESCENT OF NORTH AMERICA,<br><br>                            Defendant. | CASE NUMBER 08-cv-3843 (RWS) (HBP)<br><br>**NOTICE OF APPEARANCE BY ASAAD K. SIDDIQI, ESQ.** |

    I hereby make an appearance as counsel for defendant Association of Physicians of Pakistani-Descent of North America in the above-captioned matter.

                                    WALDER, HAYDEN & BROGAN, P.A.
                                    Asaad K. Siddiqi (AS9150)
                                    5 Becker Farm Road
                                    Roseland, NJ 07068
                                    (973) 992-5300
                                    aksiddiqi@whbesqs.com
                                    Attorneys for Defendant
                                    Association of Physicians of
                                    Pakistani-Descent of North America


                        By:    ____/s/_____
                                    ASAAD K. SIDDIQI

DATED:       May 28, 2008