UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL BROADCASTING NETWORK, INC.<br><br>                    Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF PHYSICIANS OF PAKISTANI-DESCENT OF NORTH AMERICA,<br><br>                    Defendant. | CASE NUMBER 08-cv-3843 (RWS) (HP)<br><br>**AMENDED CERTIFICATION OF SERVICE** |

     I, Asaad K. Siddiqi, member of the Southern District of New York bar, do hereby certify that:

     1.    On April 17, 2008, a copy of (a) Notice of Removal by Defendant Association of Physicians of Pakistani-Descent of North America ("APPNA") with civil cover sheet, and (b) Notice of Appearance by Shalom D. Stone, Esq., was timely filed with the Clerk's Office of the Southern District of New York via Federal Express.

     2.    A copy of each document referenced in paragraph 1 was served on plaintiff's counsel, Vivek S. Suri, Esq., The Law Offices of Vinoo P. Varghese, P.C., 65 Broadway, Suite 844, New York, NY 10006, by Federal Express, on April 17, 2008.

     3.    On April 22, 2008, a copy of (a) Answer and Counterclaim by defendant APPNA, and (b) Defendant's Rule 7.1 Disclosure Statement, was timely filed with the Clerk's Office of the Southern District of New York via Federal Express.

     4.    A copy of each document referenced in paragraph 3 was served on plaintiff's counsel, Vivek S. Suri, Esq., The Law Offices of Vinoo P. Varghese, P.C., 65 Broadway, Suite 844, New York, NY 10006, by Federal Express, on April 22, 2008.

5. On May 1, 2008, a filed copy of Defendant APPNA's notice of removal was filed with the Clerk's Office, Supreme Court, New York County, 60 Centre St., Rm 141B, New York, New York 10007, by Federal Express on May 1, 2008.

6. A copy of the document referenced in paragraph 5 was served on plaintiff's counsel, Vivek S. Suri, Esq., The Law Offices of Vinoo P. Varghese, P.C., 65 Broadway, Suite 844, New York, NY 10006, by Federal Express, on May 1, 2008.

7. On May 28, 2008, a copy of the notice of appearance of Asaad Khursheed Siddiqi, appearing on behalf of Defendant APPNA, was filed with the Clerk's Office of the Southern District of New York via ECF.

8. A copy of the document referenced in paragraph 7 was served on plaintiff's counsel, Vivek S. Suri, Esq., The Law Offices of Vinoo P. Varghese, P.C., 65 Broadway, Suite 844, New York, NY 10006, by Federal Express, on June 9, 2008.

9. This certification of service was served on plaintiff's counsel, Vivek S. Suri, Esq., The Law Offices of Vinoo P. Varghese, P.C., 65 Broadway, Suite 844, New York, NY 10006, by Federal Express, on June 9, 2008.

>WALDER, HAYDEN & BROGAN, P.A.
>Asaad K. Siddiqi (AS9150)
>5 Becker Farm Road
>Roseland, NJ 07068
>(973) 992-5300
>aksiddiqi@whbesqs.com
>Attorneys for Defendant
>Association of Physicians of
>Pakistani-Descent of North America
>
>By:   ___/s/_____
>         ASAAD K. SIDDIQI

DATED:    June 9, 2008

2