VIVEK SURI, ESQ.
Law Offices of Vinoo Varghese, P.C.
65 Broadway
Suite 844
New York, NY 10006
(212) 537-6936

Attorney for Plaintiff
Digital Broadcasting Network

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X    **08 CV 3843**
DIGITAL BROADCASTING NETWORK, INC.
                                                    Plaintiff,

-against-                                                                      **NOTICE OF**
                                                                               **APPEARANCE**

ASSOCIATION OF PHYSICIANS OF PAKISTANI
DESCENT OF NORTH AMERICA
                                                    Defendant(s),
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the plaintiff, Digital Broadcasting Network, Inc. hereby appears in the above, entitled action, and that the undersigned has been retained as attorney for said plaintiff and demand is made that all papers in the above entitled action be served upon said attorney at the office address set forth below.

Dated:  New York, New York
        July 15, 2008

                                            /s/ Vivek Suri
                                            VIVEK SURI, ESQ.
                                            Law Offices of Vinoo Varghese, P.C.
                                            65 Broadway, Suite 844
                                            New York, NY 10006
                                            T: (212) 537-6936
                                            F: (646) 356-6914
                                            E: info@viveksuri.com

TO:     Walder, Hayden & Brogan, P.A.
        5 Becker Farm Road
        Roseland, NJ 07068
        T: (973) 992-5300
        F: (973) 992-1505