UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL BROADCASTING NETWORK, INC.<br><br>              Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF PHYSICIANS OF PAKISTANI-DESCENT OF NORTH AMERICA,<br><br>              Defendant. | CASE NUMBER 08-cv-3843 (RWS) (HP)<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on July 25, 2008, a copy of the Request to Enter Default against Plaintiff Digital Broadcasting Network, Inc., was filed electronically by counsel for defendant Association of Physicians of Pakistani-descent of North America.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

- **VIVEK SURI, ESQ.**
  info@viveksuri.com

**WALDER, HAYDEN & BROGAN, P.A.**
Asaad K. Siddiqi (AS9150)
5 Becker Farm Road
Roseland, NJ 07068
(973) 992-5300
aksiddiqi@whbesqs.com
Attorneys for Defendant
Association of Physicians of
Pakistani-Descent of North America

DATED: July 25, 2008            By:  _____/s/_____
                                      Asaad K. Siddiqi, Esq.

1